MORTON and Another v. STEVENS.

Instructions will not be regarded as erroneous, where the evidence is not set out in the record, if there might be a state of facts to which the instructions would be applicable.

ERROR to the Wayne Circuit Court.

STUART, J.—Case. Trial by jury. Verdict and judgment for Stevens, the plaintiff below.

*Saturday, December 9.*

There was a motion in arrest of judgment and for a new trial. The evidence is not in the record. The instructions of the Court to the jury are set out, and that is all the plaintiffs in error complain of.

As to the motion in arrest, see Rogers v. Maxwell, 4 Ind. 262.

Without the evidence we can not say whether the instructions are erroneous or not. There might be a state of facts in which the evidence was correct. Abrams v. Smith, 8 Blackf. 95.—Collis v. Bowen, id. 282.

Per Curiam.—The judgment is affirmed with costs.

J. S. Newman, for the plaintiffs.

C. H. Test, for the defendant.